UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES – GENERAL

Case No.:  8:18-00529 CAS (ADS)                                    Date:  February 7, 2020,

Title:  *David Scott Hastings v. Sandra Hutchens, et al.*

Present: The Honorable Autumn D. Spaeth, United States Magistrate Judge

|                Kristee Hopkins                |                None Reported                |
| :---: | :---: |
| Deputy Clerk | Court Reporter / Recorder |
| Attorney(s) Present for Plaintiff(s): | Attorney(s) Present for Defendant(s): |
| None Present | None Present |

**Proceedings:      (IN CHAMBERS) ORDER TO SHOW CAUSE WHY CASE SHOULD NOT BE DISMISSED FOR FAILURE TO PROSECUTE**

On June 10, 2019, pro se Plaintiff David Scott Hastings ("Plaintiff") filed a First Amended Complaint ("FAC") against Deputies Goldhammer, P. Neiman, P. Lane, Sheriff Sandra Hutchens, Orange County Health Care Agency, John Doe, and Jane Doe. [Dkt. No. 25].  An Order Directing Service of Process by the United States Marshal was entered on August 23, 2019.  [Dkt. No. 31].

On November 26, 2019, the United States Marshal Service returned summons unexecuted for Defendants Goldhammer and Neiman in their individual capacities, Orange County Health Care Agency, and Defendant P. Lane in both his individual and official capacity.  [Dkt. Nos. 48-54].  However, defendants Goldhammer and Neiman have appeared in the case and filed a motion to dismiss.  [Dkt. No. 44].

Service was unexecuted for Defendant P. Lane because Defendant is no longer employed by the agency.  [Dkt. Nos. 51, 52].  The Court has learned that the last known address for Defendant P. Lane is invalid.  The Court, therefore, reminds Plaintiff that it is his responsibility under the Federal Rules of Civil Procedure to have the summons and FAC served on all defendants within the time allotted.  Fed. R. Civ. Proc. 4(c)(a).  It is the responsibility of the Plaintiff to determine a valid address for this Defendant or request a specific substituted service.

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

Case No.:  8:18-00529 CAS (ADS)                              Date:  February 7, 2020,

Title:  *David Scott Hastings v. Sandra Hutchens, et al.*

     In addition, Plaintiff is reminded he must also comply with the service requirements for serving a county agency, Orange County Health Care Agency.

     Pursuant to the Federal Rules of Civil Procedure, service of the FAC must be made on the defendants within ninety (90) days of filing the complaint. Fed. R. Civ. Proc. 4(m). As of this date, Plaintiff has failed to comply with service requirements for Defendants P. Lane and Orange County Health Care Agency.

     Since the deadline to serve defendants is past, Plaintiff is hereby **ORDERED TO SHOW CAUSE why this case should not be dismissed as to Defendants P. Lane and Orange County Health Care Agency for failure to prosecute and follow court orders**. Plaintiff must either (1) file a written response explaining his inability to comply with service requirements along with a request for additional time pursuant to Federal Rule of Civil Procedure 4(m); OR (2) file a written response requesting dismissal as to these defendants. Plaintiff's response must be filed by no later than **February 18, 2020**.

     Plaintiff is expressly warned that failure to timely file a response to this Order to Show Cause may result in a recommendation to the District Judge that this action as to these defendants be dismissed without prejudice for failure to prosecute and obey Court orders pursuant to Federal Rule of Civil Procedure 41(b).

     **IT IS SO ORDERED.**

Initials of Clerk kh