UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

Case No.:  8:18-0529 CAS (ADS)                                      Date: July 24, 2020

Title:      *David Scott Hastings v. Sandra Hutchens, et al.*

Present: The Honorable Autumn D. Spaeth, United States Magistrate Judge

|                  Kristee Hopkins                  |                  None Reported                  |
|                  Deputy Clerk                      |                  Court Reporter / Recorder     |

Attorney(s) Present for Plaintiff(s):           Attorney(s) Present for Defendant(s):
              None Present                                             None Present

**Proceedings:      (IN CHAMBERS) ORDER TO SHOW CAUSE WHY CASE SHOULD NOT BE DISMISSED FOR FAILURE TO PROSECUTE AND COMPLY WITH COURT ORDERS**

On March 16, 2020, the Court granted two motions to dismiss filed by Defendants with leave to amend.  [Dkt. No. 63].  Plaintiff was informed he must either file a Second Amended Complaint, a statement of intent to proceed with the First Amended Complaint despite its failure to state a claim and other deficiencies, or to voluntarily dismiss.  [Id.].  Plaintiff was instructed he must elect to proceed with one of the three options by no later than April 6, 2020.  [Id.].  Plaintiff was granted three extensions of time to do so.  [Dkt. Nos. 66-71].  As of the date of this order, the Court has not received a Second Amended Complaint or any response to the Order Granting Motion to Dismiss with Leave to Amend.

Plaintiff is hereby **ORDERED TO SHOW CAUSE why this case should not be dismissed for failure to prosecute and obey court orders**.  Plaintiff must file a written response by no later than **August 7, 2020**.  Plaintiff may respond to this Order to Show Cause by (a) filing a Second Amended Complaint; (b) filing a statement with the Court indicating the desire to continue to move forward with the First Amended Complaint despite the failure to state any claim and other deficiencies noted by the Court in the Order Granting Motion to Dismiss with Leave to Amend; or (c) file a request to voluntarily dismiss pursuant to Federal Rule of Civil Procedure 41(a)(2).  Given the amount of time that has passed since the Court's Order Granting Motion to

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

Case No.:  8:18-0529 CAS (ADS)                                    Date: July 24, 2020

Title:         *David Scott Hastings v. Sandra Hutchens, et al.*

Dismiss with Leave to Amend and that Plaintiff has already been granted three extensions of time, Plaintiff is cautioned that no further extensions of time will be granted absent good cause.

  Plaintiff is expressly warned that failure to timely file a response to this Order to Show Cause will result in a recommendation to the District Judge that this action be dismissed with prejudice for failure to state a claim, failure to prosecute and/or obey Court orders pursuant to Federal Rule of Civil Procedure 41(b).

  **IT IS SO ORDERED.**

Initials of Clerk kh