JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID SCOTT HASTINGS, | Case No. 8:18-00529 CAS (ADS) |
| Plaintiff, | |
| v. | JUDGMENT |
| SANDRA HUTCHENS, et al., | |
| Defendants. | |

Pursuant to the Court's Order Dismissing Action for Failure to Prosecute and Comply with Court Orders IT IS HEREBY ADJUDGED that the above-captioned case is dismissed pursuant to Federal Rule of Civil Procedure 41(b).

DATED: September 4, 2020

_____
THE HONORABLE CHRISTINA A. SNYDER
United States District Judge